NUMBER 13-05-042-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


KENNETH RICHARD ALLISON, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from County Court at Law No. 2


of Harris County, Texas.


_________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, KENNETH RICHARD ALLISON, perfected an appeal from a judgment
entered by County Court at Law No. 2 of Harris County, Texas, in cause number
1259833. On January 25, 2007, this cause was abated, and the trial court was
directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial
court's findings and recommendations were received on February 22, 2007. The trial
court found that the appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 15th day of March, 2007.